Russell O. SWAN v. Roderick R. BALDWIN and Shirley T. Baldwin, No. 106-77

October 3, 1978. Purported appeal by plaintiff from a judgment in his favor without compliance with V.R.C.P. 52(b) or 59. *McCarthy* v. *Emmons*, 135 Vt. 450, 378 A.2d 107 (1977). Judgment affirmed.